UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01884-PSF-CBS

AHMAD Z. ANDESHA,

    Plaintiff,

vs.

CITIMORTGAGE, INC., a New York corporation,

    Defendant.

## ORDER OF DISMISSAL

Having reviewed the Stipulated Motion for Dismissal of Outrageous Conduct Claim and Quiet Title Claim (Dkt. # 15), it is hereby ORDERED that Plaintiff Andesha's Claims for "Outrageous Conduct" and "Quiet Title" only are DISMISSED WITH PREJUDICE, each party to bear his or its own costs, expenses and attorneys fees. Claim Nos. 1 through 6 of the complaint remain as claims for relief in this matter.

    DATED:  January 22, 2007

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge