IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01884-PSF-CBS

AHMAD Z. ANDESHA,

      Plaintiff,

v.

CITIMORTGAGE, INC., a New York corporation,

      Defendant.

---

## ORDER OF DISMISSAL

---

      The Court, having reviewed the parties' Stipulation of Dismissal, With Prejudice (Dkt. # 18), being otherwise fully advised, hereby ORDERS that all claims filed by Plaintiff Andesha against Defendant CitiMortgage, Inc. are DISMISSED WITH PREJUDICE, each party to bear his or its own costs, expenses and attorneys' fees.

      DATED:  March 26, 2007

BY THE COURT:

*s/ Lewis T. Babcock / for*

_____
Phillip S. Figa
United States District Judge